**Tyrone ANDREWS, Plaintiff–Appellant,**

v.

**J.M. DAW, in his individual capacity, Defendant–Appellee.**

No. 00–2150.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2001.

Decided Feb. 9, 2001.

Tyrone Andrews, pro se. Reuben Franklin Young, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Tyrone Andrews appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Andrews v. Daw,* No. CA–97–602–5–BO (E.D.N.C. Aug. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*